IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3031 |
| v. | ) | |
| MARK M. THERIEN, | ) | ORDER |
| Defendants. | ) | |

Defendant Mark M. Therien's unopposed motion for release to attend his father's funeral, <u>filing 26</u>, is granted, and

1. Defendant Therien is given leave to attend his father's funeral scheduled for Wednesday, May 28, 2008 at 9:00 a.m. at the Indian Center at 1100 Military Rd in Lincoln, Nebraska.

2. Defendant Therien shall be temporarily released from the Saline County Law Enforcement to the custody of Clarissa Laplante on Wednesday, May 28, 2008 from 7:00 a.m. until 3:00 p.m. to attend his father's funeral.

DATED this 27th day of May, 2008.

BY THE COURT:

David L. Piester
United States Magistrate Judge