# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>MARK M. THERIEN,<br><br>　　　　　Defendants. | 4:08CR3031<br><br>**RELEASE ORDER** |

The defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for April 26, 2016 at 1:00 p.m. before Senior Judge Richard G. Kopf.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing,

February 26, 2016.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge